UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DARWIN ROMERO SANTOS, on behalf of himself, individually, and all other persons similarly situated,**<br><br>     **Plaintiff,**<br><br>   v.<br><br>**SB CAPITAL GROUP II LLC,**<br><br>     **Defendant.** | Case No. 20–cv–06987–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court on plaintiff and opt-in plaintiffs' motion for approval of the settlement between the parties filed on December 20, 2021 (Motion) (ECF No. 36); and the parties having consented to a magistrate judge to conduct all proceedings in this matter (ECF No. 38); and for the reasons stated on the record at the hearing on January 27, 2022,

**IT IS** on this  **4th** day of **February 2022**  **ORDERED** that:

1. The Motion is granted. The settlement is approved.

2. The Clerk of the Court is directed to terminate the Motion at ECF No. 36 and to close this case.

     /s/ Edward S. Kiel     
     **EDWARD S. KIEL**
     **UNITED STATES MAGISTRATE JUDGE**